

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Linda Carroll | Civil Action No.  13cv01592-MMA-BGS |
| **Plaintiff,** | |
| V. | |
| Duetsche Bank, N.A., Bank of America, N.A., Mortgage Electronic Registration System, Inc. , and Does 1 through 10, Inclusive | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses with prejudice claims one, two, three, four, five, six, eight, and nine. As to claim seven, the Court dismisses with prejudice the California Civil Code section 2923.6 claim and dismisses without prejudice the California Civil Code section 2924(a)(5) claim.

Date:           10/17/13

CLERK OF COURT
W. SAMUEL HAMRICK, JR.
By:  s/  V. Mosqueda

V. Mosqueda, Deputy